IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-21128
Summary Calendar
_____

WILLIS C. McALLISTER,

                                        Plaintiff-Appellant,

versus

DANYA McINTYRE; ET AL.,

                                        Defendants,

DANYA McINTYRE; ROBERT HALF
INTERNATIONAL, INC.; ROSEMARY
BROTHERS; ANDERSEN CONSULTING,
INC.; KELSEY SKIBA, also known
as Lisa Skiba; TENNECO BUSINESS
SERVICES, INC.,

                                        Defendants-Appellees.
_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CV-3718
_____

November 10, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Willis C. McAllister appeals the district court's dismissal of
a lawsuit he brought pursuant to Title VII of the Civil Rights Act,
42 U.S.C. § 2000e *et seq.*; the Age Discrimination in Employment
Act, 29 U.S.C. 621 *et seq.*; and other civil rights and common law
claims.  The lawsuit was dismissed because of McAllister's abuse of

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the discovery process and his refusal to obey valid court discovery orders. Review of the arguments and the record on appeal show that the district court did not abuse its discretion in dismissing the lawsuit. See Fed. R. Civ. P. 37(b)(2)(C); Coane v. Ferrara Pan Candy Co., 898 F.2d 1030, 1032 (5th Cir. 1990); see also FDIC v. Conner, 20 F.3d 1376, 1380-81 (5th Cir. 1994). McAllister's argument that the district court erred in admitting into evidence a copy of excerpts of the videotape deposition and transcripts of such deposition is without merit. See Fed. R. Civ. P. 32(a)(2).

A F F I R M E D.